THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL FERNANDEZ, Appellant

The evidence adduced at the suppression hearing was sufficient to find that the defendant voluntarily and knowingly offered his confession after having been advised of his rights and waiving those rights *(see, Miranda v Arizona,* 384 US 436, 475). The totality of the circumstances surrounding the confession indicates that the defendant understood the *Miranda* warnings and expressly waived them *(see, North Carolina v Butler,* 441 US 369). Mangano, J. P., Niehoff, Kooper and Spatt, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EZRA GRAMA, Appellant

Since the defendant's attorney raised the defenses of entrapment and duress during jury selection, during his opening statement and in cross-examination, the trial court did not err when it permitted evidence relating to the defendant's criminal predisposition to be introduced on the People's direct case *(see, People v Mann,* 31 NY2d 253, 261; *People v Calvano,* 30 NY2d 199, 205; *People v Frisbie,* 115 AD2d 911, 912).

We have examined the defendant's other contentions and find them to be without merit *(see, People v Pavao,* 59 NY2d 282, 288-289; *People v Almodovar,* 62 NY2d 126, 133; *People v Farrar,* 52 NY2d 302, 305). Brown, J. P., Rubin, Lawrence and Kooper, JJ., concur.